IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              CASE NO. 3:12CV00259 BSM

RANDY M. OVERMAN a/k/a
MARK OVERMAN; and
DANA OVERMAN a/k/a
DANIELA OVERMAN                                                      DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the joint stipulation for dismissal [Doc. No. 14] filed by the parties, this case is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED this 20th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE