**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                           **PLAINTIFF**

**v.**                  **CASE NO. 3:12CV00259 BSM**

**RANDY M. OVERMAN a/k/a
MARK OVERMAN; and
DANA OVERMAN a/k/a
DANIELA OVERMAN**                           **DEFENDANTS**

## JUDGMENT

Consistent with the order of dismissal entered today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE